IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| CHRISTOPHER GEORGE JENSEN, | ) | |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |
| | ) | |
| CHRISTOPHER GEORGE JENSEN, | ) | |
| | ) | |
| Plaintiff/Appellant, | ) | |
| | ) | |
| v. | ) | No. 3:06-CV-203 |
| | ) | |
| ROSANNE D. JENSEN, | ) | |
| | ) | |
| Defendant/Appellee. | ) | |

## JUDGMENT ORDER

For the reasons stated in the memorandum opinion filed contemporaneously with this order, the portion of the bankruptcy court's February 28, 2006 judgment pertaining to the $45,000.00 credit card obligation created by the parties' Final Judgment of Divorce is **REVERSED**. This matter is **REMANDED** to the bankruptcy court with instructions to enter judgment that the credit card obligation is dischargeable under 11 U.S.C. § 523(a)(5).

**IT IS SO ORDERED**:

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
　s/ *Patricia L. McNutt*　
CLERK OF COURT

2